UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRUCE L. CLARK,
   Plaintiff, :
:
v. : No. 5:21-cv-01855
:
ALIGHT SOLUTIONS, LLC, :
   Defendant. :

**O R D E R**

**AND NOW**, this 5th day of January, 2022, since the Court does not have subject matter jurisdiction over this case, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Complaint, ECF No. 1, is **dismissed without prejudice**.
2. Each pending motion, ECF Nos. 24, 27, 29, and 31, is **dismissed**.
3. Plaintiff has **21 days from the date of this Order** to file an Amended Complaint if he wishes.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] As explained in the Court's Opinion, Plaintiff should only file an Amended Complaint if he can sufficiently allege both that the Court has subject matter jurisdiction and why the *Rooker-Feldman* doctrine does not prohibit the Court from reviewing the Amended Complaint.