UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRUCE L. CLARK,
        Plaintiff,

v.                              No. 5:21-cv-01855

ALIGHT SOLUTIONS, LLC, and
EXELON CORPORATION
        Defendants.

# O R D E R

**AND NOW**, this 11th day of March, 2022, upon consideration of Defendants' motion to dismiss Plaintiff's Amended Complaint, ECF No. 44, Plaintiff's response, ECF No. 46, and for the reasons given in the accompanying Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss, ECF No. 44, is **granted**.
2. Plaintiff's amended complaint, ECF No. 40, is **dismissed with prejudice**.[1]
3. This case is **closed**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court dismisses Plaintiff's Amended Complaint with prejudice because he had an opportunity to cure his claim's deficiencies but did not. Any additional amendments would therefore be futile. *See Boyd v. New Jersey Dept. of Corrections*, 583 Fed. Appx. 30, 32 (3d Cir. 2014).