# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE L. CLARK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ALIGHT SOLUTIONS, LLC, and<br>EXELON CORPORATION<br>　　　　Defendants. | :<br>:<br>:<br>:  No. 5:21-cv-01855<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 12th day of May, 2022, upon consideration of Plaintiff's motion, and for the reasons given in the memorandum opinion filed this day, **IT IS ORDERED THAT** Plaintiff's motion, ECF No. 49, is **DENIED** and this case remains **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge