IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE L. CLARK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-1855 |
| | : | |
| v. | : | |
| | : | |
| ALIGHT SOLUTIONS, LLC and EXELON CORPORATION, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 14th day of December, 2022, after considering the "Motion to Enter and Enforce FRCP Rule #55(b)(1) Default Judgement [sic] Against the Co-Defendants" (Doc. No. 57) and "Required Motion to Enter and Enforce FCP Rule #55(b)(1) Default Judgement [sic] Against the Co-Defendants" (Doc. No. 65) filed by the *pro se* plaintiff, Bruce L. Clark; and after considering the defendants' response to one of the plaintiff's default judgment motions (Doc. No. 59); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the plaintiff's two motions seeking default judgment (Doc. Nos. 57, 65) are **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.